UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| WILLIAM LAMBERT o/b/o SUSAN ANN BARNES | * | CIVIL ACTION NO. 14-1204 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss or Alternatively, Motion for Summary Judgment [Doc. No.5] is GRANTED IN PART and DENIED IN PART. To the extent that Defendant moves for dismissal, the motion is DENIED. To the extent that Defendant moves, alternatively, for summary judgment, the motion is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE as time barred.

MONROE, LOUISIANA, this 3rd day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE